IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONNIE DALE DAYBERRY**  **PLAINTIFF**
**ADC #138933**

v.   Case No. 4:23-cv-00919-KGB

**BRANDON LONG,** *et al*.  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Ronnie Dale Dayberry's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 27th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge